# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES ADAM BOOKSH

NO. 2025 KW 1121

**NOVEMBER 13, 2025**

---

In Re:    Charles Adam Booksh, applying for supervisory writs,
          18th Judicial District Court, Parish of Iberville, No.
          538-23.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT